# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

REED MCCORMICK,

        Petitioner

        v.

COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF TRANSPORTATION,

        Respondent

: No. 560 MAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.